## MISCELLANEOUS ORDERS

**2008–2040. In re Shelby G.**
Lucas App. No. L–07–1390, 2008-Ohio-4482. This cause is pending before the court as a discretionary appeal. Upon review of the appeal, it appears that the case involves the termination of parental rights/adoption. Accordingly,

It is ordered by the court, sua sponte, that this case shall proceed according to the Rules of Practice of the Supreme Court of Ohio that pertain to the termination of parental rights or adoption of a minor child. Appellee's memorandum in response shall be filed no later than 20 days from the date of this entry.

## CASE ANNOUNCEMENTS

### *October 27, 2008*

[Cite as *10/27/2008 Case Announcements,* 2008-Ohio-5517.]

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1962. State ex rel. AK Steel Corp. v. Davis.**
Franklin App. No. 07AP–687, 2008-Ohio-4591.

**2008–2032. State ex rel. Hall v. Poff Plastics, Inc.**
Franklin App. No. 08AP–34, 2008-Ohio-4421.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2008–1379. Huston v. Vinton Cty. Emergency Med. Servs.**
In Mandamus.

## CASE ANNOUNCEMENTS

### *October 28, 2008*

[Cite as *10/28/2008 Case Announcements,* 2008-Ohio-5552.]

## MOTION AND PROCEDURAL RULINGS

**2008–1898. In re Guardianship of Shear.**
Cuyahoga App. No. 91293. On September 25, 2008, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,

It is ordered by the court, sua sponte, that appellant show cause within 14 days of the date of this